UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In Re: St. Jude Medical, Inc.<br>Silzone Heart Valves Products<br>Liability Litigation | )<br>)<br>) | 01-MD-1396 JRT/FLN |

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAMELA S. CRAWFORD, INDIVIDUALLY<br>AND PAMELA S. CRAWFORD, AS THE<br>ADMINISTRATRIX OF THE ESTATE OF<br>JOSEPH PRESTON CRAWFORD, DECEASED, | )<br>)<br>)<br>) | 01-1395JRT |
| Plaintiffs, | )<br>)<br>) | |
| vs. | ) | CIVIL ACTION NO.<br>400-330 |
| ST. JUDE MEDICAL, INC., | )<br>) | |
| Defendant. | ) | |

**CONSENT ORDER FOR DISMISSAL WITH PREJUDICE**

NOW COME the parties in the above-styled action, Pamela S. Crawford, Individually, and Pamela S. Crawford, as the Administratrix of the Estate of Joseph Preston Crawford ("Plaintiff"), Deceased, and the Defendant St. Jude Medical, Inc. ("Defendant") and announce to this Court that this case has been resolved by the parties. Plaintiff and Defendant request that this case be dismissed with prejudice and that each party bear its own costs and attorneys' fees pursuant to Fed.R.Civ.P. 41.

SO ORDERED this 5th day of October, 2004.

John R. Tunheim
Judge, United States District Court

SCANNED
OCT 5 2004
U.S. DISTRICT COURT MPLS

Frederick S. Bergen
Ga. Bar No. 054160
BERGEN & BERGEN
Attorney for Plaintiff
123 East Charlton Street
Savannah, Georgia 31401
(912) 233-6600

David E. Stanley
REED SMITH LLP
Attorney for Defendant
355 South Grand Avenue
Suite 2900
Los Angeles, California 90071
(213) 457-8000

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing **CONSENT ORDER FOR DISMISSAL WITH PREJUDICE** to be served via United States mail, postage prepaid, upon the following counsel:

Frederick S. Bergen
BERGEN & BERGEN
123 East Charlton Street
Savannah, Georgia 31401

Todd P. Davis
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763

This 1st day of Oct., 2004.

David E. Stanley